*E-Filed: March 13, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ALEXANDER,<br><br>        Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant.<br>_____/ | No. C14-05159 HRL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO MAY 19, 2015** |

A case management conference is set for March 17, 2015. Plaintiff has not yet served Defendant. Accordingly, the case management conference is continued to May 19, 2015, at 1:30 p.m.

Plaintiff is advised that under Federal Rule of Civil Procedure 4(m), Plaintiff must serve Defendant within 120 days after the complaint was filed. If Plaintiff fails to serve Defendant, this action may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 13, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-05159 HRL Notice will be mailed to:**

Robert Alexander
2785 Hunter Street
Palo Alto, CA 94303

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**