*E-Filed: May 14, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ALEXANDER, | No. C14-05159 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Robert Alexander filed this action on November 21, 2014. Dkt. No. 1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff had until March 21, 2015 to serve Defendant. Plaintiff has failed to do so.

Plaintiff shall appear on June 23, 2015, at 10:00 am in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed for failure to prosecute. Plaintiff shall file a Statement in response to this Order to Show Cause no later than June 16, 2015. The statement shall state (1) the status of Plaintiff's efforts to serve Defendant; and (2) how much additional time, if any, is needed to serve Defendant. If, however, Defendant is served before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

///

1  The case management conference, currently set for May 19, 2015, is continued to **August 18, 2015 at 1:30 pm** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113.

**IT IS SO ORDERED.**

Dated: May 14, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-05159 HRL Notice will be mailed to:**

Robert Alexander
2785 Hunter Street
Palo Alto, CA 94303

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**