*E-Filed: June 23, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ALEXANDER,<br><br>        Plaintiff,<br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant.<br>_____/ | No. C14-05159 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE**<br><br>**REPORT AND RECOMMENDATION RE DISMISSAL WITHOUT PREJUDICE** |

    Robert Alexander filed this action on November 21, 2014. Dkt. No. 1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff had until March 21, 2015 to serve Defendant. Plaintiff failed to do so. The court issued an order to show cause why this case should not be dismissed for failure to prosecute, which was set for a hearing on June 23, 2015. Plaintiff did not appear at the hearing, nor did he file a statement in response to the order to show cause. Accordingly, dismissal of this action without prejudice is appropriate.

    Because the parties have yet to consent to the undersigned's jurisdiction, this court ORDERS the Clerk of the Court to reassign this case to a District Judge. The undersigned further RECOMMENDS that the newly assigned judge dismiss this action without prejudice. Any party

///

///

///

may serve and file objections to this Report and Recommendation within fourteen days after being served.  Fed. R. Civ. P. 72.

**IT IS SO ORDERED.**

Dated: June 23, 2015



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**C14-05159 HRL Notice will be mailed to:**

Robert Alexander
2785 Hunter Street
Palo Alto, CA 94303

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**