UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ALEXANDER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 14-cv-05159-BLF<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; DISMISSING CASE WITHOUT PREJUDICE**<br><br>[Re: ECF 15] |

Before the Court is Magistrate Judge Howard R. Lloyd's "Report and Recommendation re Dismissal Without Prejudice," filed June 23, 2015, by which he recommends that the Court dismiss *pro se* plaintiff Robert Alexander's case without prejudice for failure to comply with Federal Rule of Procedure 4(m) and failure to respond to Judge Lloyd's Order to Show Cause. ECF 15.  The time for objecting to the Report and Recommendation has elapsed, and no objections were filed.  Fed. R. Civ. P. 72(b)(2).

Having read and considered the Report and Recommendation, as well as the record on its face, the Court finds it well-founded in fact and in law and therefore adopts the Report and Recommendation in every respect.  This case is HEREBY DISMISSED without prejudice.  The Clerk of the Court shall close the case file.

**IT IS SO ORDERED.**

Dated: July 15, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge